No. 84–483. ARKANSAS PUBLIC SERVICE COMMISSION ET AL. *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 8th Cir. Motion of National Association of Regulatory Utility Commissioners et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Public Service Comm'n* v. *Chesapeake & Potomac Tel. Co., ante,* p. 445. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this case.

No. 85–55. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* POLASKI ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bowen* v. *City of New York, ante,* p. 467.

No. 85–474. HYATT ET AL. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bowen* v. *City of New York, ante,* p. 467.

No. 85–6553. GIBSON ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Motion of petitioner Norman Bonds for leave to proceed *in forma pauperis* granted. The petition for writ of certiorari as to Norman Bonds is granted, the judgment is vacated, and the case is remanded for further consideration in light of *Lee* v. *Illinois, ante,* p. 530. The petition for writ of certiorari as to Sammy Gibson is denied.

No. A–901. CARTER ET AL. *v.* FARM BUREAU SERVICES, INC. C. A. 6th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–907. HOFFART *v.* TEXAS. Ct. App. Tex., 14th Sup. Jud. Dist. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–919. MILLER *v.* IDAHO. Sup. Ct. Idaho. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.